**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**PIKEVILLE DIVISION**

| | |
|---|---|
| **IN RE** | |
| **INTEGRITY CARBON SOLUTIONS LLC, et al.**[1] | **CASE NO. 24-70259** |
| **DEBTOR** | |
| **MIDWEST COAL, LLC D/B/A SPECIALTY COAL** | **PLAINTIFF** |
| **V.** | **ADV. NO. 24-7005** |
| **INTEGRITY CARBON SOLUTIONS, LLC, et al.** | **DEFENDANTS** |

**DISMISSAL ORDER**

The Defendant Debtor removed this state court action to the Bankruptcy Court on September 18, 2024. [ECF No. 1.] The Plaintiff's counsel subsequently withdrew from representation. [ECF Nos. 29, 39.]

The Plaintiff cannot pursue this action without counsel. *See Rowland v. California Men's Colony, Unit II Men's Advisory Counsel*, 506 U.S. 194, 202 (1993) (corporations, partnerships, and associations may not appear in federal court except through a licensed attorney). Therefore, an Order was entered on October 16, 2024, that warned the Plaintiff that a failure to obtain counsel and appear at a status conference scheduled for November 19, 2024, will result in dismissal of the case with prejudice. [ECF No. 34.]

A status conference was held on November 19, 2024. [ECF Nos. 43, 44.] The Plaintiff did not appear, and counsel has not entered an appearance on the Plaintiff's behalf.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Integrity Carbon Solutions LLC (4831) and Bluegrass Resources, LLC (3609).

The record supports that the Plaintiff does not intend to pursue this action and the matter should be dismissed. Therefore, it is ORDERED that this case is DISMISSED with prejudice for lack of prosecution.

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Monday, December 9, 2024**
(grs)